UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMIRO RIOS,

              Plaintiff,

   v.

ERIC WHEELER,

             Defendant.

CASE NO. 3:22-CV-5736-BHS

REPORT AND RECOMMENDATION

Noting Date: December 9, 2022

    Plaintiff Ramiro Rios, proceeding *pro se*, filed this action alleging civil rights violations. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Declaration and Application to Proceed *In Forma Pauperis* and Written Consent for Payment of Costs ("Application") to United States Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

    On October 3, 2022, Plaintiff filed Application. Dkt. 1. In the Application, Plaintiff failed to provide answers to question 4-8. *Id*. Based on the Application, the Court determined it could not discern if Plaintiff has sufficient funds available to pay the $402.00 filing fee. *See* Dkt. 2. The Court, therefore, ordered Plaintiff to show cause why his Application should not be denied or pay the $402.00 filing fee by November 4, 2022. *Id*.

REPORT AND RECOMMENDATION - 1

1    Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
2  Order, filed an amended application to proceed IFP, or paid the $402.00 filing fee. As the Court
3  cannot discern if Plaintiff has sufficient funds to pay the $402.00 filing fee and as Plaintiff has
4  failed to respond to a Court Order, the Court recommends the Application to Proceed IFP (Dkt.
5  1) be denied and this case be dismissed without prejudice.

6    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
7  fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
8  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
9  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
10 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
11 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
12 imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on
13 December 9, 2022, as noted in the caption.

14    Dated this 21st day of November, 2022.

David W. Christel
United States Magistrate Judge